Argued September 26, reversed and remanded
for resentencing October 15, 1979

STATE OF OREGON,
*Respondent,*
*v.*
LONNIE VERL WATKINS,
*Appellant.*

No. 78 7073, CA 13910)

601 P2d 492

Gary L. Hooper, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Gillette and Roberts, Judges.

PER CURIAM

## PER CURIAM

The state concedes that the trial court erred in imposing separate sentences on the charges of robbery in the first degree and burglary in the first degree. *See State v. Cloutier*, 285 Or 579, 596 P2d 1278 (1979).

Reversed and remanded for resentencing.